**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number:

ABDI v. GONZALEZ, et al.

**FILED**
**MARCH 12, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 C 1472**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MOHAMED AHMED ABDI

**JUDGE ST. EVE**
**MAGISTRATE JUDGE ASHMAN**

| | |
|---|---|
| NAME (Type or print) ERIN C. COBB, Esq. | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Erin C. Cobb | |
| FIRM KRIEZELMAN BURTON & ASSOCIATES, LLC | |
| STREET ADDRESS 20 NORTH CLARK STREET, SUITE 725 | |
| CITY/STATE/ZIP CHICAGO, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6289242 | TELEPHONE NUMBER (312) 332-2550 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ✓   NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ✓   NO ☐

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☐   NO ✓

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO ✓

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐