## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV1472

Assigned/Issued By: J. N.

Judge Name: ST. EVE

Designated Magistrate Judge: ASHMAN

---

### FEE INFORMATION

Amount Due:   ☑ $350.00    ☐ $39.00    ☐ $5.00
              ☐ IFP        ☐ No Fee    ☐ Other _____
              ☐ $455.00

*(For use by Fiscal Department Only)*

Amount Paid: 350

Receipt #: 2607499

Date Payment Rec'd: 3-12-08

Fiscal Clerk: J. N.

---

### ISSUANCES

☑ Summons                           ☐ Alias Summons
☐ Third Party Summons               ☐ Lis Pendens
☐ Non Wage Garnishment Summons      ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons
                                    *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets       ☐ Other
☐ Writ _____
   *(Type of Writ)*                    *(Type of issuance)*

  5  Original and  0  copies on  3-12-08  as to  U.S . ATTNY; ATTORNEY
                                (Date)
GENERAL MICHAEL MUKASEY; EMILIO T. GONZALEZ; MICHAEL CHERTOFF; ROBERT

MUELLER