UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MOHAMED AHMED ABDI, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EMILIO T. GONZALEZ, Director, U.S. ) <br> Citizenship & Immigration Services, and ) <br> ROBERT MUELLER, Director, Federal ) <br> Bureau of Investigations, and MICHAEL ) <br> CHERTOFF, Secretary, Department of ) <br> Homeland Security, ) <br> ) <br> Defendants. ) | Case No. 08 C 1472 <br> Judge St. Eve |

## JOINT INITIAL STATUS REPORT

### I.  The Nature of the Case

1. The attorneys in the case are:

| For the Plaintiff: | For the Respondents: |
|---|---|
| Erin C. Cobb | Sam Brooks |
| Kriezelman Burton & Associates, LLC | Assistant U.S. Attorney |
| 20 North Clark St., Ste. 725 | 219 S. Dearborn St., 5th Floor |
| Chicago, Illinois 60602 | Chicago, Illinois 60604 |
| (312) 332-2550 | (312) 353-5342 |

2. This Court has jurisdiction pursuant to 8 U.S.C. section 1447, which gives jurisdiction to the district courts over applications for naturalization that have been pending for more than 120 days after the examination of the applicant.  Mr. Abdi's examination took place on May 11, 2006.  Jurisdiction also arises under 28 U.S.C. sections 1331 (federal question) and 1361 (mandamus).

3. Plaintiff asserts that USCIS and the FBI have failed to adjudicate his naturalization application and the associated background check within the time frame established by 8 U.S.C. section 1447, or in an otherwise reasonable manner.  There are no counter-claims; however, if this case is not resolved by means of a request to expedite that has been made by defendants' counsel, defendants request that the case be remanded to the agency for further consideration of the naturalization petition before further litigation is commenced.

4. Plaintiff filed his naturalization application on or about December 2005.  He was interviewed on said application on or about May 11, 2006.  To date, Plaintiff has not received a final decision on the application.  Plaintiff's FBI name check remains pending, which delays final adjudication of the application.

5. Plaintiff seeks the final adjudication of his application for naturalization, including the completion of the FBI name check. Should the case fail to be resolved by defendants' counsel's request to the FBI to expedite the name check, Plaintiff will seek a hearing before this Court for a determination on his naturalization application.

## II.  Pending Motions and Case Plan

6. There are no pending motions.
7. The parties do not anticipate discovery being necessary in this case.
8. The parties also do not anticipate this case proceeding to trial.
9. The parties do not wish to proceed before a Magistrate Judge.

## III. Status of Settlement Discussions

10. The defendants have agreed to expedite processing of the FBI name check and therefore expedite adjudication of the application.  Based on defendants' counsel's prior experience, it is expected that the request to expedite the name-check will result in

completion of that check within a relatively short period of time; however, in light of the volume of such requests nationally and the possibility that any number of problems might be encountered, defendants' counsel prefers not represent an exact period to the court at this time. Instead, defendants' counsel requests that the court set this case for status at regular intervals so that updates can be provided to the court as the expedite request is processed by the agencies involved.

Respectfully Submitted,

Sam Brooks
Assistant U.S. Attorney
219 S. Dearborn St., 5th Floor
Chicago, Illinois 60604
(312) 353-5342

Erin C. Cobb
Kriezelman Burton & Associates, LLC
20 North Clark Street, Suite 725
Chicago, Illinois 60612
(312) 332-2550
Attorney # 6289242