UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MOHAMED AHMED ABDI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.  08 C 1472 |
| v. | ) | |
| | ) | |
| EMILIO T. GONZALEZ, ET AL., | ) | Judge St. Eve |
| | ) | Magistrate Judge Ashman |
| Defendants. | ) | |
| | ) | |
| | ) | |

**ATTORNEY DESIGNATION**

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.  This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses.  See LR 83.16(b).

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Samuel D. Brooks
　　SAMUEL D. BROOKS
　　Assistant United States Attorney
　　219 South Dearborn Street
　　Chicago, Illinois 60604
　　(312) 353-5342

**CERTIFICATE OF SERVICE**

      The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

      Attorney Designation

were served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first-class mail on April 3, 2008, to the following non-ECF filers:

      Erin Christine Cobb
      Kriezelman Burton & Associates
      20 North Clark Street
      Suite 725
      Chicago, IL  60602


      By:   s/ Samuel D. Brooks
             SAMUEL D. BROOKS
             Assistant United States Attorney
             219 South Dearborn Street
             Chicago, Illinois 60604
             (312) 353-5342