UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MOHAMED AHMED ABDI, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| EMILIO T. GONZALEZ, Director, U.S. ) | Case No. 08 cv 1472 |
| Citizenship & Immigration Services, and ) | Before Honorable Judge St. Eve |
| ROBERT MUELLER, Director, Federal ) | |
| Bureau of Investigations, and MICHAEL ) | |
| CHERTOFF, Secretary, Department of ) | |
| Homeland Security, ) | |
| ) | |
|    Defendants. ) | |

## Plaintiff's Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff voluntarily dismisses the above-captioned action, filed March 13, 2008, and to which no answer or motion has been filed, against all defendants without prejudice.

Dated: June 17, 2008

Respectfully Submitted,
Mohamed Ahmed Abdi

By: /s/ Erin C. Cobb
    One of his attorneys

Erin C. Cobb, Esq.
KRIEZELMAN BURTON & ASSOCIATES, LLC
20 North Clark Street, Suite 725
Chicago, Illinois 60602
(312) 332-2550
ecobb@krilaw.com